

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2022

Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:    United States v. James Bazemore and Jared El-Mujaahid

          <u>22 Cr. 234</u>

Dear Judge Krause:

    The defendants in the above matter are both in custody, and defendant James Bazemore has been arraigned and presented. Accordingly, the United States respectfully moves to unseal the Indictment in this matter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                    By:    _____
                          Christopher D. Brumwell
                          Assistant United States Attorney
                          (212) 637-2477

SO ORDERED:

_____
HON. Andrew E. Krause
United States Magistrate Judge

Dated: May 13, 2022