UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,

- against -

JAMES BAZEMORE AND JARED EL MUJAAHID,

                        Defendant(s).
---------------------------------------------------------x

**RESCHEDULING ORDER**

22 Cr. 234 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

A telephonic Initial Appearance was scheduled for July 7, 2022 at 10:30 am for both defendants. It has been brought to the Court's attention that one of the defendants will not waive his physical appearance for this conference and requests an in-person conference instead. Therefore, is hereby

ORDERED that the **Initial Appearance for both defendants is rescheduled for July 18, 2022 at 11:30 am and is converted from telephonic to in-person.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:    White Plains, New York
           June 30, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022