Case 7:22-cr-234 Document 24 filed in NYSD on 08/08/2022 Page 1 of 1



Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

**BY ECF**

August 8, 2022

Hon. Nelson Stephen Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2022
```

<u>US v. Bazemore</u>
22 CR 234 (NSR)

Your Honor:

     On July 18, 2022 the parties conferenced this matter. AUSA Gianforti had turned over discovery on a prior occasion to the defense and sent a copy of the discovery to the Essex County Jail where Mr. Bazemore was being held. Recently, Mr. Bazemore was transferred to MDC in Brooklyn, NY.

     Mr. Bazemore has attempted to open his discovery which is contained in a hard drive. Many of the software programs needed to access the discovery cannot be opened on the computer in his specific housing unit. Mr. Bazemore is able to open the discovery in the counsel visit area as evidenced by our counsel visit on August 4, 2022 where counsel was able to show the defendant a majority of the evidence.

     Mr. Bazemore asks this Court to order the legal department within the MDC facility to permit Mr. Bazemore to make use of the computers in the counsel visit area so he can properly view his discovery going forward.

/s/ **Matthew D. Myers**

**Defense Counsel for Mr. Bazemore**

So Ordered,

_____
**Hon. Nelson Stephen Roman**
Dated: August 9, 2022
White Plains, New York

**MEMO ENDORSED**

N ♦ Y ♦ 1C