**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2023__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 4, 2023

**BY ECF and Email**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States* v. *James Bazemore and Jared Mujaahid*, 22 Cr. 234 (NSR)**

Dear Judge Román:

    The Government respectfully submits this letter, with the consent of both defense counsel, requesting an approximately 30-day adjournment of the upcoming status conference in this case, currently scheduled for Friday January 6, 2023. Defense counsel is currently reviewing discovery to determine what motions, if any, to file. Further, counsel for James Bazemore has purchased a laptop to facilitate Bazemore's review of the discovery, and intends to deliver it to the Government promptly so that it can be loaded with discovery materials and delivered to the MDC. The adjournment is therefore appropriate to give the defense additional time to review discovery prior to setting a motion schedule.

    To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and to allow the parties to discuss a potential resolution of the case without a trial, the Government requests that the time between the date of this letter and the next conference date, be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Christopher Brumwell
Assistant United States Attorney
(212) 637-2477

**The Govt's request to adjourn the in-person Status Conf. from Jan. 6, 2023 until Feb. 13, 2023 at 10:00 am is GRANTED with the consent of both defense counsel. Clerk of Court is requested to terminate the motion at ECF No. 37.**

Dated: White Plains, NY
January 5, 2023

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

    cc:    Counsel (by ECF)