UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

           -against-

JAMES BAZEMORE,

                     Defendant.

-------------------------------------------------------x

**ORDER**

22 Cr. 234-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___Matthew Myers___ is hereby ordered substituted
                                                    Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

___Sean Maher___ effective February 23, 2023.
   Attorney's Name

SO ORDERED.

Dated: White Plains, New York
           February 24, 2023

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2023