**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

June 8, 2023

**BY EMAIL & ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**The parties' joint request to adjourn the in-person Status Conf. on June 15, 2023 is GRANTED IN PART. However, the in-person Status Conf. previously scheduled for July 14, 2023 at 10:00 am REMAINS AS SCHEDULED. The parties are reminded that a ten-day jury trial is scheduled to begin on Nov. 2, 2023. If plea dispositions are not reached by the next conf. date, the Court will set trial deadlines with an eye towards proceeding to trial. Clerk of Court is requested to terminate the motion at ECF No. 46.** Dated: White Plains, NY
June 8, 2023

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: *United States v. James Bazemore, et al.*
   22 Cr. 234 (NSR)

Dear Judge Román:

The parties write jointly to seek an approximately 60-day adjournment of the upcoming status conference in this matter, currently scheduled for June 15, 2023 at 9:45 a.m. The Government is in plea negotiations with both defendants and the additional time would facilitate those discussions. The parties respectfully request an adjournment to August 11, 14, 15, 16, or 17, 2023 if the Court is available on those dates. A Speedy Trial application will follow.

Thank you for your consideration of this matter.

Respectfully submitted,
DAMIAN WILLIAMS
United States Attorney

By: _____
Benjamin A. Gianforti
Christopher Brumwell
Assistant United States Attorneys
(212) 637-2490 / 2477

Cc: Sean Maher, Esq. (by electronic mail & ECF)
    Jim Neuman, Esq. (by electronic mail & ECF)

