UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JAMES BAZEMORE,

                              Defendant.

-------------------------------------------------------x

**ORDER**

22 Cr. 234-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___Sean M. Maher___ is hereby ordered substituted
                                                   Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

___James Roth___.
     Attorney's Name

SO ORDERED.

Dated: White Plains, New York
          July 14, 2023

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2023