UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                              Plaintiff,                    **MEMORANDUM**

      -against-

                                                                    7:22-cr-234-NSR

James Bazemore,
                        Defendant.
-------------------------------------------------------------x

TO:  Hon., United States District Judge Nelson S. Román:

      Please find attached a transcript of the 1/12/2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 14, 2024
       White Plains, New York

                                                  Respectfully Submitted,

                                                  s/ Victoria Reznik

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge